UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                No. 14-CV-00528 GBW/SMV

8508 CENTRAL AVENUE SE, ALBUQUERQUE, NM 87108,
MORE PARTICULARLY DESCRIBED AS:
    TRACT 2-A BLK 7 PLAT OF LOT 2-A BLOCK 7 UNITY,
    ADDITION CONT 0.6329 AC,

        Defendant,
and

GAS PIPE OF NM, INC.,

        Claimant.

## ORDER EXTENDING TIME FOR CLAIMANT TO FILE ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

THIS MATTER came before the Court on the Joint Motion of the Parties to Extend the Time to File Answer to Verified Complaint for Forfeiture *In Rem*. The Court being advised of the circumstances FINDS the motion should be granted.

IT IS THEREFORE ordered that the deadline for Claimant to file its answer to the Verified Complaint for Forfeiture is extended to October 20, 2014.

                                                HONORABLE STEPHAN M. VIDMAR
                                               United States Magistrate Judge

APPROVED:

/s/ Stephen R. Kotz (8.18.14)
Attorney for Plaintiff

/s/ John W. Boyd (8.18.14)
Attorney for Claimant