**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                       **Case. No. 14-cv-0528 WJ/SMV**

**8508 CENTRAL AVE SE,**
**ALBUQUERQUE, NM 87108,**

      **Defendant,**

**and**

 **GAS PIPE OF NM, INC.,**

      **Claimant.**

**<u>ORDER FOR STATUS REPORT</u>**

      THIS MATTER is before the Court sua sponte.  The United States initiated this action for forfeiture of the Defendant real property on June 4, 2014.[1]  [Doc. 1].  Claimant Hydro Heaven, Inc. (formerly Gas Pipe of New Mexico, Inc.) filed its Verified Claim on July 31, 2014, and its Answer on October 23, 2014.  [Docs. 7, 19].  However, since the Answer was filed more than six months ago, there has been no activity on the docket of this case.  Accordingly, **Plaintiff shall file a status report no later than May 15, 2015**.

      IT IS SO ORDERED.

                                        _____

                                        **STEPHAN M. VIDMAR**
                                        **United States Magistrate Judge**

---

[1] This case is excluded from the normal pre-trial case management procedures.  *See* D.N.M.LR-Civ. 16.3(e).