IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                                              **Civ. No. 14-528 WJ/SMV**

8508 CENTRAL AVENUE SE, ALBUQUERQUE, NM 87108,
MORE PARTICULARLY DESCRIBED AS:
    TRACT 2-A BLK 7 PLAT OF LOT 2-A BLOCK 7 UNITY,
    ADDITION CONT 0.6329 AC,

    *Defendant*,

and

HYDRO HEAVEN INC. F/K/A
GAS PIPE OF NM, INC.,

    *Claimant.*

## ORDER FOR STAY OF CIVIL FORFEITURE CASE

This matter is before the Court on the Government's unopposed motion for stay of this civil forfeiture case, Doc. 22.  The Court, being fully advised in the premises, finds that good cause appears for the requested stay pursuant to 18 U.S.C. §§ 981(g)(1) and (2) in that it is probable that proceeding with civil discovery in this case will adversely affect the ability of the Government to conduct the related criminal prosecution in Crim.No. TXND 3:14CR298 BML, and the continuation of the forfeiture proceedings at this time will burden the right of the claimant's representative against self-incrimination in the related criminal case.

    IT IS THEREFORE ORDERED that this civil forfeiture action, 14CV528 WJ/SMV, is stayed.  This stay order is subject to periodic review every 90 days.

                                                        _____
                                                          UNITED STATES MAGISTRATE JUDGE

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| *Electronically submitted 9/14/2015* <br> STEPHEN R. KOTZ <br> Assistant U.S. Attorney <br> P.O. Box 607 <br> Albuquerque, NM 87103 <br> (505) 346-7274 | *Approved via telephone 9/14/2015* <br> JOHN W. BOYD, ESQ., <br> Attorney for Claimant Hydro Heaven Inc. <br> f/k/a Gas pipe of NM, Inc. <br> 20 First Plaza, Suite 700 <br> Albuquerque, NM 87102 <br> (505) 842-9960 |